1112

## Homer ALTMAN v. STATE.

### No. 16025.

Court of Criminal Appeals of Texas.

May 24, 1933.

See, also, 51 S.W.(2d) 359.

Stinson, Hair, Brooks & Duke, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for five years.

Upon appellant's written request, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.